UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN WALKER, | ) | 3:15-cv-00608-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 7, 2017 |
| SGT. MILLER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Join Additional Parties to this Case per Fed. R. Civ. P. 19 & 20" (ECF No. 40). The motion also seeks a dismissal of the action against two current Defendants. Plaintiff's motion further requests leave to pursue an amendment of his complaint despite the passage of the deadline for adding parties or amending pleadings.

Plaintiff's motion (ECF No. 40) is **GRANTED** to the extent that leave is provided to file a motion to amend after the expiration of the deadline. However, LR 15-1 requires any motion to amend to be accompanied by a proposed amended pleading which is complete in and of itself. Therefore, Plaintiff shall have seven (7) days from the date of this order in which to lodge a proposed amended complaint. Defendants shall have seven (7) days within which to respond once Plaintiff has lodged his proposed amendment. Plaintiff will have seven (7) days thereafter within which to file a reply memorandum. The court will defer ruling on said motion until Defendants have had an opportunity to respond and Plaintiff has replied.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
     Deputy Clerk