1  ADAM PAUL LAXALT
   Attorney General
2  BENJAMIN R. JOHNSON, Bar No. 10632
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV 89701-4717
   Tel: (775) 684-1254
6  E-mail: BJohnson@ag.nv.gov

7  *Attorneys for Defendants*
   *Isidro Baca, Justin Case, Robert Meares,*
8  *William Miller and Ronald Schreckengost*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WALKER, | Case No. 3:15-cv-00608-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SGT. MILLER, et al., | |
| Defendant. | |

Plaintiff John Walker, in pro se, and Defendants, Isidro Baca, Justin Case, Robert Meares, William Miller, and Ronald Schreckengost, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 2nd day of February, 2018.　　　DATED this 20th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　ADAM PAUL LAXALT
　　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____　　　By: _____
　　JOHN GORDON WALKER　　　　　　　　　　　BENJAMIN R. JOHNSON
　　*Plaintiff, Pro Se*　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

IT IS SO ORDERED

_____
U.S. ~~MAGISTRATE~~ JUDGE

DATED  February 20, 2018

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that |
| 3 | on this 20th day of February, 2018, I caused a copy of the foregoing, **STIPULATION AND ORDER** |
| 4 | **FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic |
| 5 | Filing on the following: |

JOHN WALKER #1102404
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTIONAL CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
lawlibrary@doc.nv.gov

_/s/ Laurie Penny_
An employee of the
Office of the Attorney General